NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM DARRELL HENSON,            )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No.  2D18-4423
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
                                   )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Pasco
County; Susan G. Barthle, Judge

Howard L. Dimmig, II, Public Defender,
and Carol J.Y. Wilson, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and SALARIO, JJ., Concur.